UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACQUELINE P. COX | Hearing Date | December 11, 2012 |
| Bankruptcy Case No. | 12 B 39057 | Adversary No. | |
| Title of Case | Tara R. Cross | | |

**Brief Statement of Motion**: Debtor's application for waiver of the Chapter 7 filing fee

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

**IT IS HEREBY ORDERED** that the Debtor's application for waiver of the Chapter 7 filing fee is denied.

The Order Approving Payment of Filing Fee in Installments entered on October 1, 2012 is in effect.

*/s/ Jacqueline P. Cox*
Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99